UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BATISTE,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBERT W. BAIRD & CO., INC., et al.,<br><br>            Defendants. | Case No.  23-cv-02592-SK<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Regarding Docket No. 52 |

Before the Court is the parties' stipulation to dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Good cause appearing, the Court hereby grants the stipulation.  The Court orders:

1. This action is dismissed with prejudice; and

2. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: June 21, 2024

_____
SALLIE KIM
United States Magistrate Judge